State v. Moore

STATE OF NORTH CAROLINA v. JOE LEWIS MOORE

No. 7418SC396

(Filed 15 May 1974)

APPEAL by defendant from *Kivett, Judge,* at the 8 October 1973 Criminal Session of GUILFORD Superior Court.

Heard in the Court of Appeals 23 April 1974.

The defendant was indicted for armed robbery and convicted of common-law robbery. The State's evidence tended to show that the prosecuting witness, George Lester Anderson, on the afternoon of 5 December 1972, was walking to the bus stop on the corner of McCulloch Street and Asheboro Street in Greensboro, North Carolina. Mr. Anderson was jumped by two men, Rudolph "Sonny" Gentry and the defendant, Joe Lewis Moore, who knocked Mr. Anderson to the ground and began patting his pockets. Mr. Anderson kicked his assailants and got to his feet. At this time a third assailant, Tommy Lee Miller, came out of the nearby hedge and struck Mr. Anderson in the head with a knife. Miller held the knife to Mr. Anderson's throat while the defendant grabbed Anderson's feet and pulled them from under him. Defendant then ripped open Mr. Anderson's pants pocket and took his billfold, which contained $415.00. The defendant also took Mr. Anderson's watch. Miller, Gentry and the defendant then fled. From a verdict of guilty of common-law robbery and a sentence of 10 years, the defendant appealed.

*Attorney General Robert Morgan by Assistant Attorney General Claude W. Harris for the State.*

*Public Defender Wallace C. Harrelson for defendant appellant.*

CAMPBELL, Judge.

This appeal presents only the face of the record for our review. We have reviewed the record and find no prejudicial error.

No error.

Judges MORRIS and VAUGHN concur.